IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEXIS HERMINIO ORTIZ,

     Appellant,

v.

     Case No.  5D22-2089
     LT Case No. 2019-303664-CFDB

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Robert L. Sirianni, Jr., of Brownstone,
P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


     AFFIRMED.


JAY, EISNAUGLE and KILBANE, JJ., concur.